IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **RAFIA LAWAL**, on behalf of herself and all others similarly situated,<br><br>                      Plaintiff,<br><br>   -v-<br><br>**PARKER THATCH, INC.**,<br><br>                      Defendant. | Civil Case Number:  1:22-cv-08630-JLR-SDA |

~~[PROPOSED]~~ DISMISSAL ORDER

**IT IS HEREBY ORDERED:**

THAT pursuant to the parties' April 17, 2023 Stipulation of Dismissal, all claims asserted against Defendant in Civil Action No. **1:22-cv-08630-JLR-SDA**, are dismissed with prejudice; and

THAT all parties shall bear their own attorneys' fees and costs incurred in this action.

**SO ORDERED THIS 17th day of April 2023.**

_____
HONORABLE JENNIFER L. ROCHON
UNITED STATES DISTRICT JUDGE